# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota Cement Masons
and Plasterers Fringe Benefit Funds,

        Plaintiffs,

vs.

Ahrens Concrete Construction, Inc., a foreign
corporation not qualified to do business in the
State of Minnesota,

        Defendant.

Civil No. 06-2232 (RHK/AJB)

# ORDER FOR DISMISSAL

---

      Based upon the parties' Stipulation (Doc. No. 9), **IT IS ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: November 24, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge